UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    c/o United States Attorney's Office<br>    Judiciary Center Building<br>    555 4th Street, N.W.<br>    Washington, D.C. 20530<br><br>        Plaintiff,<br><br>    v.<br><br>ALL FUNDS SEIZED FROM OR<br>ON DEPOSIT IN SUNTRUST<br>ACCOUNT NUMBER 1000028078359,<br>IN THE NAME OF GOLD AND<br>SILVER RESERVE, INC. AND ALL<br>FUNDS ON DEPOSIT IN REGIONS<br>BANK ACCOUNT NUMBER<br>67-0919-4851, IN THE NAME OF<br>GOLD AND SILVER RESERVE, INC.<br><br>        Defendants. | Civil Action No. 1:05CV02497<br>Before the Honorable<br>Rosemary M. Collyer |

## GOLD & SILVER RESERVE, INC.'s NOTICE OF FILING PHOTOCOPIED VERIFIED STATEMENTS OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and files this notice of filing photocopied verified statements of interest. In support of this notice of filing, undersigned counsel states as follows:

1. On January 12, 2006, pursuant to Rule C(6)(a)(i)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Claimant filed contemporaneously with its answer (and this notice) three Verified Statements of Interest.

2. The Claimants three Verified Statements of Interest – at the time of filing – were in photocopied form.

3. The Claimant will hand-file its original Verified Statements of Interest with the Court on January 13, 2006.

Civil Action No. 1:05CV02497

Dated on January 12, 2006

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**GOLD & SILVER RESERVE, INC.'s NOTICE OF FILING PHOTOCOPIED VERIFIED STATEMENTS OF INTEREST**

was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
   c/o United States Attorney's Office :
   Judiciary Center Building :
   555 4th Street, N.W. :
   Washington, D.C. 20530 :
 :
      Plaintiff, :
 :
      v. :
 :   Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR :   Before the Honorable
ON DEPOSIT IN SUNTRUST :   Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND :
SILVER RESERVE, INC. AND ALL :
FUNDS ON DEPOSIT IN REGIONS :
BANK ACCOUNT NUMBER :
67-0919-4851, IN THE NAME OF :
GOLD AND SILVER RESERVE, INC. :
 :
      Defendants. :
 :

## VERIFIED STATEMENT OF INTEREST #1 of 3:

## CLAIMANT GOLD & SILVER RESERVE, INC.'s VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

1. The Claimant, Gold & Silver Reserve, Inc., makes claim that certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc., are the property of Gold & Silver Reserve, Inc., acquired through Gold & Silver Reserve, Inc.'s

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI, FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL nfuerst@rorfgw.com

Civil Action No. 1:05CV02497

legitimate and legal business dealings. The Claimant further adds that the funds subject to this *in rem* action are wholly unrelated to any violation of 18 U.S.C. § 1960 or any other federal criminal statute.

Respectfully submitted,

*/s/ Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed before me this the 12th day of January, 2006.

NOTARY PUBLIC

My comission expires: 8/27/2006

WANDA V TROTTER
Commission # DD0135883
Expires 8/27/2008
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO • 1001 BRICKELL BAY DRIVE • MIAMI FLORIDA 33131
PHONE 305-350-5690 • FAX 305-371-8989 • E-MAIL mfuerst@rorfgw.com

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing
**VERIFIED STATEMENT OF INTEREST #1 of 3:
CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF
INTEREST**

was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
    c/o United States Attorney's Office :
    Judiciary Center Building :
    555 4th Street, N.W. :
    Washington, D.C. 20530 :
                                Plaintiff, :
                          v. :
                        : Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR : Before the Honorable
ON DEPOSIT IN SUNTRUST : Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND :
SILVER RESERVE, INC. AND ALL :
FUNDS ON DEPOSIT IN REGIONS :
BANK ACCOUNT NUMBER :
67-0919-4851, IN THE NAME OF :
GOLD AND SILVER RESERVE, INC. :
                          Defendants. :

## VERIFIED STATEMENT OF INTEREST #2 of 3:

## CLAIMANT GOLD & SILVER RESERVE, INC's VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

1. The Claimant, Gold & Silver Reserve, Inc., makes claim to certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc.

2. The Claimant, Gold & Silver Reserve, Inc., makes this claim in its

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO • 1001 BRICKELL BAY DRIVE • MIAMI FLORIDA 33131
PHONE 305-350-5690 • FAX 305-371-8989 • E-MAIL mfuerst@rorfgw.com

Civil Action No. 1:05CV02497

capacity as the obligor for the multitude of OmniPay users who are dependant on the liquidity of the *res* of the bank accounts at issue in this case for the purposes of honoring the value of checks which have been drafted against such accounts.

3. The Claimant, Gold & Silver Reserve, Inc., respectfully notes that its obligor status – which in the ordinary course of business is only instantaneous – has been rendered indefinite as the necessary consequence of the freeze order entered by the Magistrate Judge in Case No. 05-664 M-01 (JMF) (Under Seal) and the arrest order entered by the clerk in the instant case.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

_____
DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed before me this the ___12th___ day of January, 2006.

_____
NOTARY PUBLIC

My comission expires: __8/27/06__

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO • 1001 BRICKELL BAY DRIVE • MIAMI, FLORIDA 33131
PHONE 305-350-5690 • FAX 305-371-8989 • E-MAIL infuerst@rorfgw.com

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **VERIFIED STATEMENT OF INTEREST #2 of 3: CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF INTEREST** was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ Andrew S. Ittleman
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
   c/o United States Attorney's Office :
   Judiciary Center Building :
   555 4th Street, N.W. :
   Washington, D.C. 20530 :
          Plaintiff, :
          v. :
          :    Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR :    Before the Honorable
ON DEPOSIT IN SUNTRUST :    Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND :
SILVER RESERVE, INC. AND ALL :
FUNDS ON DEPOSIT IN REGIONS :
BANK ACCOUNT NUMBER :
67-0919-4851, IN THE NAME OF :
GOLD AND SILVER RESERVE, INC. :
          Defendants. :

## VERIFIED STATEMENT OF INTEREST #3 of 3:

## CLAIMANT GOLD & SILVER RESERVE, INC's VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

    1.    The Claimant, Gold & Silver Reserve, Inc., makes claim to certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc.

    2.    The Claimant, Gold & Silver Reserve, Inc., makes this claim in its

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO • 1001 BRICKELL BAY DRIVE • MIAMI FLORIDA 33131
PHONE 305-350-5690 • FAX 305-371-8989 • E-MAIL mfuerst@rorfgw.com

Civil Action No. 1:05CV02497

capacity as the obligor for the multitude of OmniPay users' obligees who are dependant on the liquidity of the *res* of the bank accounts at issue in this case for the purposes of receiving the value of checks which have been drafted against such accounts.

3. The Claimant, Gold & Silver Reserve, Inc., respectfully notes that its obligor status – which in the ordinary course of business is only instantaneous – has been rendered indefinite as the necessary consequence of the freeze order entered by the Magistrate Judge in Case No. 05-664 M-01 (JMF) (Under Seal) and the arrest order entered by the clerk in the instant case.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

_____
DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed before me this the ___12th___ day of January, 2006.

_____
NOTARY PUBLIC

My comission expires: __8/27/06__

WANDA V TROTTER
Commission # DD0135653
Expires 8/27/2008
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO • 1001 BRICKELL BAY DRIVE • MIAMI FLORIDA 33131
PHONE 305-350-5690 • FAX 305-371-8989 • E-MAIL mfuerst@rorfgw.com

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **VERIFIED STATEMENT OF INTEREST #3 of 3: CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF INTEREST** was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)