UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>)<br>ALL FUNDS SEIZED FROM OR ON )<br>DEPOSIT IN SUNTRUST ACCOUNT )<br>NUMBER xxxxxxxx8359, IN THE )<br>NAME OF GOLD AND SILVER )<br>RESERVE, INC., AND ALL FUNDS ON )<br>DEPOSIT IN REGIONS BANK )<br>ACCOUNT NUMBER xxxxxx4851, IN )<br>THE NAME OF GOLD AND SILVER )<br>RESERVE, INC., )<br>)<br>Defendant.              ) | Civil Action No. 05-2497 (RMC) |

## ORDER

As agreed by the parties in open court on January 13, 2006, it is hereby **ORDERED** that Suntrust Account Number 1000028078359 and Regions Bank Account Number 6709194851 shall be unfrozen; however, the United States shall retain control of the funds previously seized from those accounts pursuant to the warrant issued by Magistrate Judge Facciola in Case No. 05-664 M-01 (JMF) on December 14, 2005.

**SO ORDERED**.

Date: January 13, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge