# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL FUNDS SEIZED FROM OR )<br>ON DEPOSIT IN SUNTRUST )<br>ACCOUNT NUMBER xxxxxxxx8359, )<br>IN THE NAME OF GOLD AND )<br>SILVER RESERVE, INC. *et al.*, )<br>)<br>Defendants. )<br>                                   ) | Civil Action No. 05-2497 (RMC)<br>ECF |

## **PRAECIPE**

Please enter the appearances of WILLIAM R. COWDEN and KIMBERLY KIEFER PERETTI as additional counsel for Plaintiff United States in this action.

                                                Respectfully submitted,

                                                _/s/_____
                                                WILLIAM R. COWDEN
                                                Assistant United States Attorney
                                                DC Bar #426301
                                                555 4th St., N.W., Room 4824
                                                Washington, D.C. 20530
                                                (202) 307-0258
                                                william.cowden@usdoj.gov

                                                _/s/_____
                                                KIMBERLY K. PERETTI
                                                DC Bar #458726
                                                Senior Counsel
                                                Computer Crime and Intellectual Property Section
                                                Department of Justice
                                                950 Pennsylvania Avenue, N.W., Suite 600
                                                Washington, DC 20530
                                                (202) 353-4249
                                                Kimberly.peretti@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Mitchell S. Fuerst, Esq.
Andrew S. Ittleman, Esq.
Rodriguez, O'Donnell, Ross, Fuerst, Gonzalez, Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690
(305) 371-8989 (fax)

and

Carlos Rodriguez, Esq.
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 293-3300
(202) 293-3307 (fax)

by means of First Class mail, postage paid, on this 17th day of January, 2006.

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
555 4th St., N.W., Room 4824
Washington, D.C. 20530
(202) 307-0258