UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    c/o United States Attorney's Office
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C. 20530

        Plaintiff,

        v.

ALL FUNDS SEIZED FROM OR
ON DEPOSIT IN SUNTRUST
ACCOUNT NUMBER 1000028078359,
IN THE NAME OF GOLD AND
SILVER RESERVE, INC. AND ALL
FUNDS ON DEPOSIT IN REGIONS
BANK ACCOUNT NUMBER
67-0919-4851, IN THE NAME OF
GOLD AND SILVER RESERVE, INC.

        Defendants.

Civil Action No. 1:05CV02497
Before the Honorable
Rosemary M. Collyer

## VERIFIED STATEMENT OF INTEREST #1 of 3:

## CLAIMANT GOLD & SILVER RESERVE, INC.'s VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

1.    The Claimant, Gold & Silver Reserve, Inc., makes claim that certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc., are the property of Gold & Silver Reserve, Inc., acquired through Gold & Silver Reserve, Inc.'s

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

JAN 13 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 1:05CV02497

legitimate and legal business dealings. The Claimant further adds that the funds subject to this *in rem* action are wholly unrelated to any violation of 18 U.S.C. § 1960 or any other federal criminal statute.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

_____
DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed before me this the __12th__ day of January, 2006.

_____
NOTARY PUBLIC

My comission expires: __8/27/2006__

WANDA Y TROTTER
Commission # DD0135653
Expires 8/27/2006
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**VERIFIED STATEMENT OF INTEREST #1 of 3:
CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF INTEREST**

was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA
c/o United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

    Plaintiff,

    v.

ALL FUNDS SEIZED FROM OR
ON DEPOSIT IN SUNTRUST
ACCOUNT NUMBER 1000028078359,
IN THE NAME OF GOLD AND
SILVER RESERVE, INC. AND ALL
FUNDS ON DEPOSIT IN REGIONS
BANK ACCOUNT NUMBER
67-0919-4851, IN THE NAME OF
GOLD AND SILVER RESERVE, INC.

    Defendants.

Civil Action No. 1:05CV02497
Before the Honorable
Rosemary M. Collyer

## VERIFIED STATEMENT OF INTEREST #2 of 3:

## CLAIMANT GOLD & SILVER RESERVE, INC's VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

1.    The Claimant, Gold & Silver Reserve, Inc., makes claim to certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc.

2.    The Claimant, Gold & Silver Reserve, Inc., makes this claim in its

capacity as the obligor for the multitude of OmniPay users who are dependant on the liquidity of the *res* of the bank accounts at issue in this case for the purposes of honoring the value of checks which have been drafted against such accounts.

3.    The Claimant, Gold & Silver Reserve, Inc., respectfully notes that its obligor status – which in the ordinary course of business is only instantaneous – has been rendered indefinite as the necessary consequence of the freeze order entered by the Magistrate Judge in Case No. 05-664 M-01 (JMF) (Under Seal) and the arrest order entered by the clerk in the instant case.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## **VERIFICATION**

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

_____
DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed before me this the ___12th___ day of January, 2006.

_____
NOTARY PUBLIC

My comission expires: __8/27/06__



WANDA Y TROTTER
Commission # DD0135653
Expires 8/27/2006
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**VERIFIED STATEMENT OF INTEREST #2 of 3:
CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF
INTEREST**

was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
   c/o United States Attorney's Office
   Judiciary Center Building
   555 4th Street, N.W.
   Washington, D.C. 20530

      Plaintiff,

      v.

ALL FUNDS SEIZED FROM OR
ON DEPOSIT IN SUNTRUST
ACCOUNT NUMBER 1000028078359,
IN THE NAME OF GOLD AND
SILVER RESERVE, INC. AND ALL
FUNDS ON DEPOSIT IN REGIONS
BANK ACCOUNT NUMBER
67-0919-4851, IN THE NAME OF
GOLD AND SILVER RESERVE, INC.

      Defendants.

Civil Action No. 1:05CV02497
Before the Honorable
Rosemary M. Collyer

### VERIFIED STATEMENT OF INTEREST #3 of 3:

### CLAIMANT GOLD & SILVER RESERVE, INC's VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

1. The Claimant, Gold & Silver Reserve, Inc., makes claim to certain funds seized from or on deposit in Suntrust Account Number 1000028078359, in the name of Gold & Silver Reserve, Inc. and all or substantially all funds on deposit in Regions Bank Account Number 67-091904851, in the name of Gold & Silver Reserve, Inc.

2. The Claimant, Gold & Silver Reserve, Inc., makes this claim in its

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com
JAN 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 1:05CV02497

capacity as the obligor for the multitude of OmniPay users' obligees who are dependant on the liquidity of the *res* of the bank accounts at issue in this case for the purposes of receiving the value of checks which have been drafted against such accounts.

3. The Claimant, Gold & Silver Reserve, Inc., respectfully notes that its obligor status – which in the ordinary course of business is only instantaneous – has been rendered indefinite as the necessary consequence of the freeze order entered by the Magistrate Judge in Case No. 05-664 M-01 (JMF) (Under Seal) and the arrest order entered by the clerk in the instant case.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

Civil Action No. 1:05CV02497

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements container in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

_____
DR. DOUGLAS JACKSON
AFFIANT

Sworn to and subscribed befote me this the __12th__ day of January, 2006.

_____
NOTARY PUBLIC

My comission expires: __8/27/06__

WANDA Y TROTTER
Commission # DD0135653
Expires 8/27/2006
Bonded through
(800-432-4254)  Florida Notary Assn., Inc.

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **VERIFIED STATEMENT OF INTEREST #3 of 3: CLAIMANT GOLD & SILVER RESERVE'S VERIFIED STATEMENT OF INTEREST** was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)