UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>                                       : <br>        Plaintiff, : <br>                                         : <br> v.                                    : <br>                                         : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>                                         : <br>        Defendants. : <br> _____ : | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## CLAIMANT GOLD & SILVER RESERVE, INC.'s FIRST NOTICE OF FILING IN PARALLEL PROCEEDINGS [1]

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and files this FIRST notice of filing in parallel proceedings. Through this notice of filing, the Claimant wishes to notice the Court of the following filing event:

On February 1, 2006, in the United States District Court for the Middle District of Florida, Orlando Division, in Case No. 6:05-mc-71-Orl-KRS, (before District Court Judge Karla R. Spaulding), the Claimant filed its **Motion to Vacate August 15, 2005**

---

[1] Filed contemporaneously with this *first* notice of filing is the Claimant's *second* notice of filing. In the Claimant's second notice, the Claimant notices the Court of its Motion for the Return of Property Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure and Request for an Evidentiary Hearing on the Matter in Case No.05-M-3201 which is also before the Honorable Karla Spaulding in the United States District Court for the Middle District of Florida, Orlando Division.

Civil Action No. 1:05CV02497

**Consent Order Enforcing Summonses.** That motion is attached hereto, in its entirety, as Exhibit 1.

    Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT GOLD & SILVER RESERVE, INC.'s FIRST NOTICE OF FILING IN PARALLEL PROCEEDINGS**

was served on February 1, 2006 by email upon John Roth, Esq. (john.roth2@usdoj.gov), Chief, Fraud & Public Corruption Section of the United States Attorney's Office in Washington, D.C. and Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov).

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
(305) 350-5690 (o)
(305) 371-8989 (f)