UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    c/o United States Attorney's Office<br>    Judiciary Center Building<br>    555 4th Street, N.W.<br>    Washington, D.C. 20530<br><br>    Plaintiff,<br><br>v.<br><br>ALL FUNDS SEIZED FROM OR<br>ON DEPOSIT IN SUNTRUST<br>ACCOUNT NUMBER 1000028078359,<br>IN THE NAME OF GOLD AND<br>SILVER RESERVE, INC. AND ALL<br>FUNDS ON DEPOSIT IN REGIONS<br>BANK ACCOUNT NUMBER<br>67-0919-4851, IN THE NAME OF<br>GOLD AND SILVER RESERVE, INC.<br><br>    Defendants. | Civil Action No. 1:05CV02497<br>Before the Honorable<br>Rosemary M. Collyer |

## NOTICE OF APPEARANCE OF CARLOS RODRIGUEZ, ESQ.

Andrew S. Ittleman, Esq., of the law firm Rodriguez O'Donnell Ross Fuerst Gonzalez Williams & England, P.C., enters his appearance on behalf of the GOLD & SILVER RESERVE, INC., and requests that all parties add the undersigned counsel to their certificates of service.

Respectfully submitted,

/s/ Carlos Rodriguez, Esq.
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1211 Connecticut Ave., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(305) 371-3307 (f)

Civil Action No. 1:05CV02497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF CARLOS RODRIGUEZ, ESQ.** was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ *Andrew S. Ittleman, Esq.*
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)