UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        c/o United States Attorney's Office<br>        Judiciary Center Building<br>        555 4th Street, N.W.<br>        Washington, D.C. 20530 | :<br>:<br>:<br>:<br>:<br>: |

UNITED STATES OF AMERICA    :
    c/o United States Attorney's Office  :
    Judiciary Center Building    :
    555 4th Street, N.W.    :
    Washington, D.C. 20530    :
    :
        Plaintiff,    :
    :
        v.    :
    :    Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR    :    Before the Honorable
ON DEPOSIT IN SUNTRUST    :    Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359,    :
IN THE NAME OF GOLD AND    :
SILVER RESERVE, INC. AND ALL    :
FUNDS ON DEPOSIT IN REGIONS    :
BANK ACCOUNT NUMBER    :
67-0919-4851, IN THE NAME OF    :
GOLD AND SILVER RESERVE, INC.    :
    :
        Defendants.    :
_____:

## <u>CLAIMANT GOLD & SILVER RESERVE, INC.'s ANSWER TO THE PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE</u>

       COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and files this Answer to the Plaintiff's Verified Complaint for Forfeiture. In support of this answer, undersigned counsel states as follows:

       1.     Admits.

       2.     Admits.

       3.     Admits both subsections.

       4.     Admits.

       5.     Admits the first part of the first sentence up to and including the word "("Omnipay")." Denies the remainder of the paragraph.

       6.     Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

7.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

8.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

9.    Denies the first sentence. Admits the last two sentences of the paragraph

10.    Denies the allegations of fact purporting to quote the website; the website speaks for itself. Admits the last sentence of this paragraph.

11.    Admits the first two sentences of this paragraph. Denies the allegations of fact purporting to describe the website; the website speaks for itself.

12.    Denies the first eight sentences of this paragraph. Admits the last sentence of this paragraph.

13.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

14.    Denies; the website speaks for itself.

15.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

16.    Denies; the statute speaks for itself.

17.    Denies; the statute speaks for itself.

18.    Denies; the statute speaks for itself.

19.    Denies; the statute speaks for itself.

20.    Denies; the statute speaks for itself.

21.    Denies; the statute speaks for itself.

22.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

23.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

24.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation.

25.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation, except admits the final sentence of the paragraph.

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI  FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com

26.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation, except admits the final sentence of the paragraph.

27.    Denies for lack of knowledge or information sufficient to form a belief as to the truth of this allegation, except admits the final sentence of the paragraph except for the last two words ("of currency") which present a legal and factual impossibility.

28.    Denies the first two sentences of this paragraph for lack of knowledge or information sufficient to form a belief as to the truth of this allegation. Admits the remainder of this paragraph.

## COUNT I

29.    Admits and/or denies as alleged in paragraphs 1 through 12 of this Answer.

30.    Denies.

## COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

31.    The Claimant reserves the right to assert counterclaims and affirmative defenses in a later pleading.

32.    The Claimant has filed – contemporaneously with this answer – its motion for judgment on the pleadings and/or motion for summary judgment pursuant to Rules 12(c) and/or 56, respectively, of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
   Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036

3

Civil Action No. 1:05CV02497

(202) 293-3300 (o)
(202) 293-3307 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

### CLAIMANT GOLD & SILVER RESERVE, INC.'s ANSWER TO THE PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE

was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ Andrew S. Ittleman
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)

RODRIGUEZ O'DONNELL ROSS FUERST GONZALEZ WILLIAMS & ENGLAND, P.C.
TWENTY ZERO TWO ♦ 1001 BRICKELL BAY DRIVE ♦ MIAMI FLORIDA 33131
PHONE 305-350-5690 ♦ FAX 305-371-8989 ♦ E-MAIL mfuerst@rorfgw.com