UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
    c/o United States Attorney's Office :
    Judiciary Center Building :
    555 4th Street, N.W. :
    Washington, D.C. 20530 :
     :
        Plaintiff, :
     :
        v. :
     : Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR : Before the Honorable
ON DEPOSIT IN SUNTRUST : Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND :
SILVER RESERVE, INC. AND ALL :
FUNDS ON DEPOSIT IN REGIONS :
BANK ACCOUNT NUMBER :
67-0919-4851, IN THE NAME OF :
GOLD AND SILVER RESERVE, INC. :
     :
        Defendants. :
     :

## APPLICATION OF ATTORNEY MITCHELL S. FUERST FOR ADMISSION
### PRO HAC VICE

    Attorney Mitchell S. Fuerst, pursuant to Rule 83.2(c) of this Court's Special Rules Governing the Admission and Practice of Attorneys, respectfully applies for leave to appear *pro hac vice* as counsel for Gold & Silver Reserve, Inc. and the defendants *in rem* in this action.

    Mr. Fuerst is an active member in good standing of the Florida Bar, Bar Number 264598. In addition, Mr. Fuerst is an active member in good standing of the United States District Court for the Southern District of Florida. Mr. Fuerst was admitted to the United States District Court for the Southern District of Florida on March 9, 1979.

    Mr. Fuerst has no grievances pending against him and has never been disciplined. Mr. Fuerst works with the law firm of Rodriguez, O'Donnell, Ross & Fuerst, 1001 Brickell Bay Drive, Suite 2002, Miami, FL 33131. Telephone number (305) 350-5694, facsimile (305) 371-8989.

Mr. Fuerst designates Carlos Rodriguez, Esq., a member of the bar of this Court who maintains an office in this district for the practice of law as the local attorney with whom the Court and opposing counsel may communicate regarding the conduct of the case and upon whom papers may be served.

By his signature on the attached certification, Mitchell S. Fuerst certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Carlos Rodriguez consents to his designation as local counsel.

Respectfully submitted,

/s/ Carlos Rodriguez, Esq.
Carlos Rodriguez, Esq.
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ Carlos Rodriguez, Esq.
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036