UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
    c/o United States Attorney's Office :
    Judiciary Center Building :
    555 4th Street, N.W. :
    Washington, D.C. 20530 :
                               :
        Plaintiff, :
                              :
v. :
                              : Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR : Before the Honorable
ON DEPOSIT IN SUNTRUST : Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND :
SILVER RESERVE, INC. AND ALL :
FUNDS ON DEPOSIT IN REGIONS :
BANK ACCOUNT NUMBER :
67-0919-4851, IN THE NAME OF :
GOLD AND SILVER RESERVE, INC. :
                              :
        Defendants. :
                              :

## **CERTIFICATION OF ATTORNEY MITCHELL S. FUERST IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE***

      I, Mitchell S. Fuerst, pursuant to rule 83.2 of this Court's Special Rules Governing the Admission and Practice of Attorneys, hereby certify that I am a member in good standing of the bar of the State of Florida. I have no grievances pending against me and have never been disciplined. I have studied the Local Rules for the United States District Court for the District of Columbia.

                                                    MITCHELL S. FUERST, ESQ.