UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br>    c/o United States Attorney's Office :<br>    Judiciary Center Building :<br>    555 4th Street, N.W. :<br>    Washington, D.C. 20530 :<br>                            :<br>        Plaintiff, :<br>                            :<br>    v. :<br>                            :<br>ALL FUNDS SEIZED FROM OR :<br>ON DEPOSIT IN SUNTRUST :<br>ACCOUNT NUMBER 1000028078359, :<br>IN THE NAME OF GOLD AND :<br>SILVER RESERVE, INC. AND ALL :<br>FUNDS ON DEPOSIT IN REGIONS :<br>BANK ACCOUNT NUMBER :<br>67-0919-4851, IN THE NAME OF :<br>GOLD AND SILVER RESERVE, INC. :<br>                            :<br>        Defendants. :<br>                            : | Civil Action No. 1:05CV02497<br>Before the Honorable<br>Rosemary M. Collyer |

## APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION
### *PRO HAC VICE*

    Attorney Andrew S. Ittleman, pursuant to Rule 83.2(c) of this Court's Special Rules Governing the Admission and Practice of Attorneys, respectfully applies for leave to appear *pro hac vice* as counsel for Gold & Silver Reserve, Inc. in this action.

    Mr. Ittleman is an active member in good standing of the Florida Bar, Bar Number 802441. In addition, Mr. Ittleman is an active member in good standing of the United States District Court for the Southern District of Florida. Mr. Ittleman was admitted to the United States District Court for the Southern District of Florida on January 27, 2005.

    Mr. Ittleman has no grievances pending against him and has never been disciplined. Mr. Ittleman works with the law firm of Rodriguez, O'Donnell, Ross & Fuerst, 1001 Brickell Bay Drive, Suite 2002, Miami, FL 33131. Telephone number (305) 350-5694, facsimile (305) 371-8989.

Mr. Ittleman designates Carlos Rodriguez, Esq., a member of the bar of this Court who maintains an office in this district for the practice of law as the local attorney with whom the Court and opposing counsel may communicate regarding the conduct of the case and upon whom papers may be served.

By his signature on the certification attached as Exhibit 1, Andrew S. Ittleman certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Carlos Rodriguez consents to his designation as local counsel.

Respectfully submitted,

/s/ Carlos Rodriguez, Esq.
Carlos Rodriguez, Esq.
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 12, 2006 by facsimile upon Laurel Loomis Rimon, Assistant United States Attorney, United States Attorney's Office, 555 Fourth Street, N.W., Room 5830, Washington, D.C. 20530.

/s/ Carlos Rodriguez, Esq.
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036