UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|    c/o United States Attorney's Office | : | |
|    Judiciary Center Building | : | |
|    555 4th Street, N.W. | : | |
|    Washington, D.C. 20530 | : | |
| | : | |
|       Plaintiff, | : | |
| | : | |
|       v. | : | |
| | : | Civil Action No. 1:05CV02497 |
| ALL FUNDS SEIZED FROM OR | : | Before the Honorable |
| ON DEPOSIT IN SUNTRUST | : | Rosemary M. Collyer |
| ACCOUNT NUMBER 1000028078359, | : | |
| IN THE NAME OF GOLD AND | : | |
| SILVER RESERVE, INC. AND ALL | : | |
| FUNDS ON DEPOSIT IN REGIONS | : | |
| BANK ACCOUNT NUMBER | : | |
| 67-0919-4851, IN THE NAME OF | : | |
| GOLD AND SILVER RESERVE, INC. | : | |
| | : | |
|       Defendants. | : | |

## CERTIFICATION OF ATTORNEY ANDREW S. ITTLEMAN IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Andrew S. Ittleman, pursuant to rule 83.2 of this Court's Special Rules Governing the Admission and Practice of Attorneys, hereby certify that I am a member in good standing of the bar of the State of Florida. I have no grievances pending against me and have never been disciplined. I have studied the Local Rules for the United States District Court for the District of Columbia.

ANDREW S. ITTLEMAN, ESQ.