UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   c/o United States Attorney's Office<br>   Judiciary Center Building<br>   555 4th Street, N.W.<br>   Washington, D.C. 20530<br><br>       Plaintiff,<br><br>       v.<br><br>ALL FUNDS SEIZED FROM OR<br>ON DEPOSIT IN SUNTRUST<br>ACCOUNT NUMBER 1000028078359,<br>IN THE NAME OF GOLD AND<br>SILVER RESERVE, INC. AND ALL<br>FUNDS ON DEPOSIT IN REGIONS<br>BANK ACCOUNT NUMBER<br>67-0919-4851, IN THE NAME OF<br>GOLD AND SILVER RESERVE, INC.<br><br>       Defendants. | Civil Action No. 1:05CV02497<br>Before the Honorable<br>Rosemary M. Collyer |

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW S. ITTLEMAN

THIS CAUSE has come before the Court upon the application of Andrew S. Ittleman, Esq., counsel for Gold & Silver Reserve, Inc. for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the application and certifications and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the application of Andrew S. Ittleman for Admission *Pro Hac Vice* is hereby granted. Andrew S. Ittleman is granted leave to appear in this action *pro hac vice* as counsel for Gold & Silver Reserve, Inc. and the defendants *in rem*.

DONE and ORDERED in chambers at the United States District Courthouse, Washington, D.C., this _____ day of January, 2006.

_____<br>
ROSEMARY M. COLLYER<br>
United States District Judge

<u>Copies to:</u>
Counsel of Record