

| Home | Terms of Use | About Us | FAQ | Access Account | Contact |



**e-gold® welcomes ...**