**CLAIMANT GOLD & SILVER RESERVE, INC.'s REPLY TO THE PLAINTIFF'S OPPOSITION TO CLAIMANT'S MOTION FOR RELEASE OF SEIZED PROPERTY**

# EXHIBIT 1

| Date | Account | Serial Number | Amount | Image Side |
|---|---|---|---|---|
| 12/22/2005 | 6709194851 | 831480 | $590,306.59 | Front |

Front/Back    Print    Close

REGIONS ▲.    CHECKING DEBIT
BANK

PREPARER'S COST CENTER AND BANK NUMBER    MM  DD  YY
04771    067    12 20 05

CUSTOMER NAME: Gold and Silver Reserve Inc    AUTHORIZED SIGNATURE: Directed by Paul Cherry - Corp Security

PREPARED BY: P Mc Kinney    FULL NAME

DESCRIPTION: Seizure Warrant Case Number 05-664M-01

Official Check # 8309592886?? issued to US to bost this is

Sourct Service.

ACCOUNT NUMBER          AMOUNT
* 6709194851      $      590 306 59

⑈083⑈480⑈ ⑆99904⑈0560⑆ ⑈6709194851⑈ ⑈0059030659⑈

2005-12-23