## CLAIMANT GOLD & SILVER RESERVE, INC.'s REPLY TO THE PLAINTIFF'S OPPOSITION TO CLAIMANT'S MOTION FOR RELEASE OF SEIZED PROPERTY

# EXHIBIT 2

| Date | Account | Serial Number | Amount | Image Side |
|---|---|---|---|---|
| 01/13/2006 | 6709194851 | 831487 | $115,678.55 | Front |

Front/Back | Print | Close

**REGIONS BANK** CHECKING DEBIT

PREPARER'S COST CENTER AND BANK NUMBER: 0477b 067

MM DD YY: 01 12 06

CUSTOMER NAME: Gold and Silver Reserve Inc

AUTHORIZED SIGNATURE: [signature]

PREPARED BY / FULL NAME: DMcManus

DESCRIPTION: Seizure Warrant Case Number 05-WW-01
Official Ck #830959919 Issued to United States Secret Service 1515

ACCOUNT NUMBER: *6709194851

AMOUNT: $ 115,678.55

⑈083140⑈ ⑉9990⑉0560⑉ 3709194851⑈ ⑉00115678 55⑉