**CLAIMANT GOLD & SILVER RESERVE, INC.'s REPLY TO THE PLAINTIFF'S OPPOSITION TO CLAIMANT'S MOTION FOR RELEASE OF SEIZED PROPERTY**

# EXHIBIT 3

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 12/20/05 | 15627851 | 1000028078359 | $135,912.32 | |

**SunTrust Bank**  **Deposit Account Debit**

Akum     C05 2157301     Welch     12/20/05

1000028078359 921  $ 13591232

Gold and Silver Reserve Inc
175 E Nasa Blvd Ste 300
Melbourne FL 3290-1998

Per seizure warrant dated 12/14/05

⑆516601757⑆  ⑈1000028078359⑈  921⑈00135912321⑈

SUNTRUST OPL  12202005
ORLANDO, FL
2999-027  MX31621524
1500627851