**CLAIMANT GOLD & SILVER RESERVE, INC.'s REPLY TO THE PLAINTIFF'S OPPOSITION TO CLAIMANT'S MOTION FOR RELEASE OF SEIZED PROPERTY**

# EXHIBIT 4



XAU to USD (Interbank rate)
per data from Oanda.com

Data from:   http://www.oanda.com/convert/fxhistory

Directions:

| Day | USD/XAU |
|---|---|
| 2005/11/01 | 469.972 |
| 2005/11/02 | 459.53 |
| 2005/11/03 | 463.01 |
| 2005/11/04 | 461.13 |
| 2005/11/05 | 457.5 |
| 2005/11/06 | 457.5 |
| 2005/11/07 | 457.34 |
| 2005/11/08 | 459.8 |
| 2005/11/09 | 461.91 |
| 2005/11/10 | 467.45 |
| 2005/11/11 | 466.98 |
| 2005/11/12 | 469.1 |
| 2005/11/13 | 469.53 |
| 2005/11/14 | 468.97 |
| 2005/11/15 | 467.96 |
| 2005/11/16 | 468.9 |
| 2005/11/17 | 479.4 |
| 2005/11/18 | 486.93 |
| 2005/11/19 | 486.1 |
| 2005/11/20 | 485.83 |
| 2005/11/21 | 486.3 |
| 2005/11/22 | 492.1 |
| 2005/11/23 | 495.1 |
| 2005/11/24 | 493.31 |
| 2005/11/25 | 493.96 |
| 2005/11/26 | 496.5 |
| 2005/11/27 | 496.5 |
| 2005/11/28 | 496.35 |
| 2005/11/29 | 497.676 |
| 2005/11/30 | 498.327 |
| 2005/12/01 | 494.629 |
| 2005/12/02 | 498.525 |
| 2005/12/03 | 504.126 |
| 2005/12/04 | 504.126 |
| 2005/12/05 | 503.9 |
| 2005/12/06 | 509.65 |
| 2005/12/07 | 508.901 |
| 2005/12/08 | 513.944 |
| 2005/12/09 | 517.713 |
| 2005/12/10 | 525.259 |
| 2005/12/11 | 527.1 |
| 2005/12/12 | 527.1 |
| 2005/12/13 | 532.277 |
| 2005/12/14 | 523.018 |
| 2005/12/15 | 511.621 |

1. Go to http://www.oanda.com/convert/fxhistory
2. Specify start date of 11/01/05
3. Specify end date of 02/28/2006
4. Specify XAU currency code on left
5. Specify USD currency code on right
6. Specify Interbank rate
7. Specify ASCII format
8. Click "Get Table"

```
2005/12/16    504.79
2005/12/17   502.392
2005/12/18   502.392
2005/12/19     503.6
2005/12/20   506.955
2005/12/21   502.632
2005/12/22   493.449
2005/12/23   493.449
2005/12/24     503.4
2005/12/25     503.7
2005/12/26     503.6
2005/12/27     503.4
2005/12/28    508.39
2005/12/29   513.488
2005/12/30    516.37
2005/12/31    516.37
2006/01/01   516.761
2006/01/02    517.31
2006/01/03    517.47
2006/01/04    526.12
2006/01/05   533.291
2006/01/06   528.975
2006/01/07   533.506
2006/01/08   533.506
2006/01/09     540.3
2006/01/10   543.623
2006/01/11   544.275
2006/01/12   545.453
2006/01/13   547.435
2006/01/14   551.184
2006/01/15     556.7
2006/01/16    556.69
2006/01/17   561.182
2006/01/18   556.517
2006/01/19   545.616
2006/01/20   552.594
2006/01/21    558.87
2006/01/22       554
2006/01/23    554.31
2006/01/24   557.591
2006/01/25   557.428
2006/01/26   562.637
2006/01/27   560.516
2006/01/28   559.769
2006/01/29       560
2006/01/30    560.18
2006/01/31    563.41
2006/02/01   570.653
2006/02/02   568.823
2006/02/03   572.202
2006/02/04   570.773
2006/02/05     568.1
```

```
2006/02/06     568.1
2006/02/07   570.953
2006/02/08   560.396
2006/02/09   549.681
2006/02/10   560.217
2006/02/11    555.45
2006/02/12       551
2006/02/13    550.95
2006/02/14   545.272
2006/02/15   542.058
2006/02/16   543.504
2006/02/17   541.892
2006/02/18   549.124
2006/02/19     552.4
2006/02/20    552.65
2006/02/21   555.577
2006/02/22   553.934
2006/02/23   553.321
2006/02/24   552.136
2006/02/25   554.658
```





