**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 05-2497 (RMC)** |
| | ) | **ECF** |
| **v.** | ) | |
| | ) | |
| **ALL FUNDS ON DEPOSIT IN SUNTRUST** | ) | |
| **ACCOUNT NUMBER XXXXXXXXX8359, IN** | ) | |
| **THE NAME OF GOLD AND SILVER** | ) | |
| **RESERVE, INC., and** | ) | |
| | ) | |
| **ALL FUNDS ON DEPOSIT IN REGIONS** | ) | |
| **BANK ACCOUNT NUMBER XX-XXXX-4851,** | ) | |
| **IN THE NAME OF GOLD AND SILVER** | ) | |
| **RESERVE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **Gold & Silver Reserve, Inc. d/b/a/** | ) | |
| **OmniPay,** | ) | |
| **Claimant.** | ) | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits a revised (two-page) Exhibit 1 to its Opposition to the Motion for the Release of Seized Property Pursuant to 18 U.S.C. § 983(f) filed by Gold & Silver Reserve, Inc., d/b/a OmniPay. The second page of Exhibit 1 to Plaintiff's Memorandum in Opposition (filed on February 21, 2006 as Docket Entry 18), was inadvertently omitted.

Respectfully submitted,

_/s/_____

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_/s/_____

WILLIAM R. COWDEN, DC Bar # 426301
LAUREL LOOMIS RIMON
Assistant United States Attorneys
U.S. Attorney's Office
Criminal Division
District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 307-0258

_/s/_____

KIMBERLY KIEFER PERETTI, DC Bar #458726
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section
Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Opposition to be served by means of the Court's ECF system on this 17th day of March 2006 upon claimant's counsel of record.

Mitchell S. Fuerst, Esq.
Andrew S. Ittleman, Esq.
Rodriquez O'Donnel Ross Fuerst
  Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131

_/s/_____
William R. Cowden