

Examiner    Exchange Rates

| Home | Terms of Use | About Us | FAQ | Access Account | Contact

**e-gold® welcomes ...**

**e-gold**

### e-gold® welcomes US Government review of its status as a privately issued currency
January 20, 2006

Starting in mid-December 2005, Gold & Silver Reserve, Inc. (G&SR), contractual Operator and primary dealer for e-gold, has been the subject of a warranted search of its premises and records, had its domestic bank accounts frozen, and been the target of a precisely timed, extraordinarily misleading attack by a major business publication.

In an emergency hearing in US District Court January 13, 2006, the freeze order on G&SR's bank accounts was lifted. Though numerous criminal claims had been made in obtaining the search and seizure warrants, the Government has not sustained these allegations and the only remaining claim is a contention that G&SR has operated as a currency exchange without the proper license. G&SR had previously proposed to the Government that e-gold be classified for regulatory purposes as a currency, enabling G&SR to register as a currency exchange. In a Treasury report released January 11, 2006, however, the Department of Treasury reaffirmed their interpretation of the USC and CFR definitions of currency as excluding e-gold.

G&SR, for nearly a year, has been engaged with an agency of Treasury in a BSA (Bank Secrecy Act) compliance examination it had voluntarily initiated. G&SR, though preferring that the venue was not a courtroom, welcomes the opportunity to extend its discussions with the Government on how best to achieve appropriate statutory or regulatory cognizance of e-gold while continuing to build e-gold's market share as a medium of international commerce.

Despite the unfounded charges and adverse misleading publicity that have severely damaged both e-gold and G&SR, G&SR has continued to meet all financial obligations and remain completely operational. e-gold remains highly committed to its goal of bringing, for the first time in history, to people of any financial means across the globe, a secure payment mechanism at a fraction of the cost of any other system. e-gold fully expects to transcend the unfortunate events of the past month and resume its exponential growth.

Further information can be found at:

www.e-gold.com
www.omnipay.com
www.treas.gov/press/releases/reports/js3077_01112005_MLTA.pdf

posted 20 January 2006