

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 05CV2497(RMC) |
|---|---|
| DEFENDANT All Funds Seized From Or On Deposit in SunTrust Account No. 1000028078359..., et al. | TYPE OF PROCESS Complaint and Warrant of Arrest in Rem |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | All funds seized from or on deposit in SunTrust Bank account number 1000028078359, in the name of Gold and Silver Reserve, Inc. ("SunTrust account"). |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Laurel Loomis Rimon<br>Assistant U.S. Attorneys<br>555 Fourth Street, N.W., Room 4824<br>Washington, D.C. 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff<br>William R. Cowden                ( ) Defendant | TELEPHONE NO.<br>(202) 307-0258 | DATE<br>1/5/06 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.<br>SUNTRUST BANK / US SECRET SERVICE | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above)<br>PO BOX 622227<br>ORLANDO, FL 32862-2227 | DATE OF SERVICE<br>1/12/06 | TIME OF SERVICE<br>3:00 | ( ) AM<br>(X) PM |
| | SIGNATURE TITLE AND TREASURY AGENCY<br>[signature] SA USSS | | |

REMARKS:
SUNTRUST BANK ACCT #1000028078359, in the name of Gold and Silver Reserve, Inc. in the amount of $135,912.32 WAS SEIZED ON 12/20/05

TD F 90-22.48 (6/96)