

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF United States of America | COURT CASE NUMBER 05CV2497 (RMC) |
|---|---|
| DEFENDANT All Funds Seized From Or On Deposit in SunTrust Account No. 1000028078359..., et al. | TYPE OF PROCESS Complaint and Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

All funds seized from or on deposit in Regions Bank account number 67-0919-4851, in the name of Gold and Silver Reserve, Inc. ("Regions account").

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Laurel Loomis Rimon
Assistant U.S. Attorneys
555 Fourth Street, N.W., Room 4824
Washington, D.C.  20530

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant
William R. Cowden

TELEPHONE NO. (202) 307-0258   DATE 1/5/06

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE

( ) I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THIS INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
**REGIONS BANK**

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
PO BOX 6060
LONGWOOD, FL 32752-6060

DATE OF SERVICE 1/12/06   TIME OF SERVICE 3:00 PM

SIGNATURE, TITLE OF TREASURY AGENCY

**REMARKS:**
Regions Bank Account #830959788 in the Name of Gold and Silver Reserve, Inc. in the Amounts of $590,306.59 and $115,678.55 was seized on 1/12/06.