UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br> : <br>     Defendants. : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

**UNOPPOSED MOTION FOR ORDER DIRECTING THE CLERK TO UNSEAL CASE NO. 05-664 M-01 (JMF)**

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through undersigned counsel, and moves this Court to enter an order directing the Clerk to unseal Case No.05-664 M-01 (JMF).

IN SUPPORT THEREOF, undersigned counsel states as follows:

1. In open court on January 13, 2006, the parties discussed the matter of unsealing Case No. 05-664 M-01 (JMF), a/k/a "The Facciola Case." (R 51-53).

2. Unfortunately, even though neither party had an objection to unsealing the Facciola Case, the matter has not been unsealed and its contents are inaccessible.

3. Accordingly, the Claimant moves this Court to enter an order formally directing the Clerk to unseal Case No. 05-664 M-01 (JMF).

4. The Claimant does not move, however, to unseal the redacted portions of the seizure warrant affidavit.

5. Consistent with LCvR 7, undersigned counsel discussed this motion via email with Laurel Loomis Rimon, Esq. and Bill Cowden, Esq. in a good-faith effort to

determine whether there was any opposition to the relief sought. Ms. Rimon expressed to undersigned counsel that the United States had no objection to the granting of this motion.

WHEREFORE, for the foregoing reasons, the Claimant respectfully requests that this Court enter an order directing the Clerk to unseal Case No. 05-664 M-01 (JMF).

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ORDER DIRECTING THE CLERK TO UNSEAL CASE NO. 05-664 M-01 (JMF)** to be served on counsel of record for the United States via the Court's ECF system on July 27, 2006.

                                                */s/ Andrew S. Ittleman*
                                                Mitchell S. Fuerst, Esq.
                                                Florida Bar No. 264598
                                                Andrew S. Ittleman, Esq.
                                                Florida Bar No. 802441
                                                Rodriguez O'Donnell Ross Fuerst
                                                 Gonzalez Williams & England, P.C.
                                                1001 Brickell Bay Drive, Suite 2002
                                                Miami, FL  33131
                                                (305) 350-5690 (o)
                                                (305) 371-8989 (f)