UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 1:05CV02497 |
| ALL FUNDS SEIZED FROM OR | : | Before the Honorable |
| ON DEPOSIT IN SUNTRUST | : | Rosemary M. Collyer |
| ACCOUNT NUMBER 1000028078359, | : | |
| IN THE NAME OF GOLD AND | : | |
| SILVER RESERVE, INC. AND ALL | : | |
| FUNDS ON DEPOSIT IN REGIONS | : | |
| BANK ACCOUNT NUMBER | : | |
| 67-0919-4851, IN THE NAME OF | : | |
| GOLD AND SILVER RESERVE, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING CLAIMANT'S UNOPPOSED MOTION FOR ORDER DIRECTING THE CLERK TO UNSEAL CASE NO. 05-664 M-01 (JMF)

THIS MATTER came before the Court on the Claimant's Unopposed Motion for an Order Directing the Clerk to Unseal Case No.05-664 M-01 (JMF). Being fully advised in the premises, it is hereby ordered and adjudged that Claimant's unopposed motion is hereby

GRANTED.

The Clerk is directed to UNSEAL Case No. 05-664 M-01 (JMF).

However,

The Clerk is also directed to KEEP SEALED the redacted portions of the seizure warrant affidavit.

SIGNED and ORDERED in Chambers this _____ day of _____, 2006.

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE