UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
        Plaintiff,             :
                              :
    v.                         :
                              :     Civil Action No. 1:05CV02497
ALL FUNDS SEIZED FROM OR      :     Before the Honorable
ON DEPOSIT IN SUNTRUST        :     Rosemary M. Collyer
ACCOUNT NUMBER 1000028078359, :
IN THE NAME OF GOLD AND       :
SILVER RESERVE, INC. AND ALL  :
FUNDS ON DEPOSIT IN REGIONS   :
BANK ACCOUNT NUMBER           :
67-0919-4851, IN THE NAME OF  :
GOLD AND SILVER RESERVE, INC. :
                              :
        Defendants.            :
_____ :

### ORDER GRANTING CLAIMANT'S UNOPPOSED MOTION FOR ORDER DIRECTING THE CLERK TO UNSEAL CASE NO. 05-664 M-01 (JMF)

THIS MATTER came before the Court on the Claimant's Unopposed Motion for an Order Directing the Clerk to Unseal Case No.05-664 M-01 (JMF). Being fully advised in the premises, it is hereby ordered and adjudged that Claimant's unopposed motion is hereby

GRANTED.

The Clerk is directed to UNSEAL Case No. 05-664 M-01 (JMF).

However,

The Clerk is also directed to KEEP SEALED the redacted portions of the seizure warrant affidavit.

SIGNED and ORDERED in Chambers this __1__ day of _August_, 2006.

*Rosemary M. Collyer*
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE