UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>     : <br>         Plaintiff, : <br>     : <br>     v. : <br>     : <br>     : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>     : <br>         Defendants. : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## **STIPULATION OF THE PARTIES**

In accordance with the Federal Rules of Civil Procedure, counsel for the parties (Plaintiff and Claimant) have conferred and make the following stipulation relevant to this action:

1.    e-gold is a liability of e-gold, Ltd. representing the value of an amount of gold bullion owned by and titled to the e-gold Bullion Reserve Special Purpose Trust. e-gold, Ltd.'s liability is to each e-gold account holder in an amount equal to the value in each e-gold account holder's account.

2.    The total value of e-gold, Ltd.'s liabilities is equal to the total value of all e-gold account holders' accounts.

3.    e-gold is contractually agreed upon to serve as an exchange medium by parties to a transaction.

4. An e-gold account can only be opened at the e-gold website, www.e-gold.com.

5. Value can be added to an e-gold account by furnishing something of value to another e-gold account holder and having that account holder transfer some of his or her e-gold to the first account.

6. For instance, a hypothetical explaining paragraph 5 might involve the provision of medical services by a physician with an e-gold account containing e-gold to a patient who also has an e-gold account containing e-gold. If the parties agreed to use e-gold as the medium of their transaction, the patient could fund the physician's e-gold account according to the cost of the medical services provided.

7. Gold & Silver Reserve, Inc. is an e-gold account holder. Accordingly, Gold & Silver Reserve, Inc. can transfer portions of its e-gold to other account holders in exchange for valuable consideration.

8. In order to receive e-gold from Gold & Silver Reserve, Inc. in an in-exchange,[1] an account holder must wire money to Gold & Silver Reserve, Inc. Gold & Silver Reserve, Inc. does not accept currency or other things of value in exchange for its e-gold.

9. Value can leave the e-gold system via a collection of independent e-gold exchange services such as www.icegold.com, www.thebullionexchange.com, and www.loyalbank.com.

10. If an e-gold account holder wanted to exchange his or her e-gold for a check or a wire, he or she may transfer a portion of his or her e-gold to one of these independent e-gold exchange services and receive a check or wire in return.

11. To continue the hypothetical outlined in paragraph 6, if the physician wants to exchange his newly received e-gold for a check or a wire, the physician may transfer that e-gold to any independent e-gold exchange service and receive a check or wire in return

---

[1] A provider of goods and services to Gold & Silver Reserve, Inc. may also receive e-gold from Gold & Silver Reserve, Inc. as a payment for those goods and services; *see,* ¶ 6, *supra*.

12. Gold & Silver Reserve, Inc. d/b/a OmniPay is an independent e-gold exchange service.

13. Accordingly, if an e-gold account holder wishes to exchange his or her e-gold for currency, that account holder may transfer his e-gold to Gold & Silver Reserve, Inc., d/b/a OmniPay, and receive a check or a wire in return.