UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>     : <br>     Plaintiff, : <br>     : <br>     v. : <br>     : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>     : <br>     Defendants. : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

**[SECOND PROPOSED]**
**STIPULATION OF THE PARTIES**

      In accordance with the Federal Rules of Civil Procedure, counsel for the parties (Plaintiff and Claimant) have conferred and make the following stipulation relevant to this action:

      1.    e-gold is a liability of e-gold, Ltd. representing the value of an amount of gold bullion owned by and titled to the e-gold Bullion Reserve Special Purpose Trust. e-gold, Ltd.'s liability is to each e-gold account holder in an amount equal to the value in each e-gold account holder's account.

      2.    The total value of e-gold, Ltd.'s liabilities is equal to the total value of all e-gold account holders' accounts.

      3.    e-gold is contractually agreed upon to serve as an exchange medium by parties to a transaction.

4. An e-gold account can only be opened at the e-gold website, www.e-gold.com.

5. Value can be added to an e-gold account by furnishing something of value to another e-gold account holder and having that account holder transfer some of his or her e-gold to the first account.

6. Gold & Silver Reserve, Inc. is an e-gold account holder and an e-gold exchange service. Accordingly, Gold & Silver Reserve, Inc. can transfer portions of its e-gold to other account holders in exchange for valuable consideration.

7. In order to receive e-gold from Gold & Silver Reserve, Inc. in an in-exchange, an account holder must wire money to Gold & Silver Reserve, Inc. Gold & Silver Reserve, Inc. does not accept currency in exchange for its e-gold.

8. Additionally, if an e-gold account holder wanted to exchange his or her e-gold for a check or a wire in an out-exchange, he or she may transfer a portion of his or her e-gold to Gold & Silver Reserve, Inc. and receive a check or wire in return.

9. A hypothetical explaining how this process works might involve a transaction between a watchmaker in Switzerland (the seller) and a customer in Argentina. If the parties agreed to use e-gold as the medium of the transaction, the customer funds the seller's e-gold account according to the cost of the watch sold.

10. To continue and conclude that hypothetical, if the seller chooses to exchange his newly earned e-gold for money, he may do so by transferring his e-gold to Gold & Silver Reserve, Inc. (or any other e-gold exchange service) in exchange for a check or bank wire.