# Andrew Ittleman

**From:** Cowden, William (USADC) [William.Cowden@usdoj.gov]
**Sent:** Wednesday, August 23, 2006 10:34 AM
**To:** Andrew Ittleman; Rimon, Laurel Loomis (USADC)
**Subject:** RE: Second Proposed Stipulation

Andrew--

Again, these stipulations do not accurately reflect the extent of G&SR's operation of the e-gold system and how the network operates, and they continue to pose useless hypotheticals. Nor would they be sufficiently helpful in pointedly focusing the legal issues for the Court. Indeed, several of these are more obtuse than the recent pleadings filed by your firm. For example, I don't see how the idea that e-gold is a liability of e-gold Ltd is determinative here and it may make no sense -- e-gold Ltd supposedly has no assets. E-Gold Ltd. also supposedly doesn't own the gold bullion - ownership is apparently held by the e-bullion Reserve Special Purpose Trust (collectively for the account holders).

We discussed my concern that G&SR's Answer denied averments that were pulled from the websites G&SR operates. If your concern with the Complaint's language was the use of the word currency at some points, your Answer should have just cleared that up -- not generally denied everything. See Fed. R. Civ. P. 8(b). I suggested that new proposals needed to clear-up the numerous denials. They don't.

I understand that you will not agree that G&SR operates the e-gold system as a business and that the e-gold system operates to facilitate the transfer of funds. I understand that you will not agree that on numerous occasions within the past two years, in exchange for fees that it deducts, G&SR has facilitated the transfer of funds from places in the United States to places within and outside of the United States and that in some cases G&SR has also initiated wire transfers of funds outside of this county on behalf of its customers. (I believe you may finally agree that wire transfers of funds into G&SR's bank accounts are accepting something of value.) I understand that in light of the criminal case, you would not permit Dr. Jackson to answer straightforward questions at a deposition. Thus, I intend to move to stay the civil case.

I will note your opposition.

William R. Cowden
Assistant United States Attorney
District of Columbia
555 4th Street, N.W., Room 4824
Washington, DC 20530
(202) 307-0258 phone
(202) 514-8707 fax
(202) 353-5951 cell
<william.cowden@usdoj.gov>

CONFIDENTIALITY STATEMENT: This electronic communication involves an attorney and may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.


-----Original Message-----
From: Andrew Ittleman [mailto:AIttleman@fuerstlaw.com]
Sent: Monday, August 21, 2006 11:47 AM
To: Cowden, William (USADC); Rimon, Laurel Loomis (USADC)
Subject: Second Proposed Stipulation

Laurel and Bill:

Attached please find our second proposed stipulation. Should you care to discuss its

1

contents, I will be available to speak with you today, tomorrow and Wednesday. Please feel free to call me. However, I am taking vacation days on Thursday and Friday and will not return until Monday (8/28).

I look forward to hearing from you soon.

Regards,
Andy

<<STIPULATION #2.pdf>>

Andrew S. Ittleman, Esq.
Rodriguez O'Donnell Ross Fuerst
Gonzalez Williams & England, P.C.

IMPORTANT:  This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§2510-2521, and contains information which is or may be confidential and/or privileged. The information contained in this e-mail message, together with any attachments or links contained herein, is strictly confidential and intended only for the use of the recipient named above. If the reader of this email is not the intended recipient, you are notified that any use, distribution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify Andrew S. Ittleman immediately by telephone (305) 350-5690, and return the original message to him at the above address via the United States Postal Service.  Thank You.

TAX ADVICE DISCLOSURE and NOTICE OF CONFIDENTIALITY

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained in this email, it was neither written nor intended by the sender or this firm to be used, and cannot be used, by the addressee, recipient, or any taxpayer, for the purpose of avoiding penalties that may be imposed by or under United States law, including but not limited to the Internal Revenue Code. Moreover, if any person intends to use or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) This writing is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) The taxpayer should seek other or additional advice based on the taxpayer's particular circumstances from an independent tax advisor.