UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>                                   Plaintiff, : <br>          v. : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>                                   Defendants. : <br> Gold & Silver Reserve, Inc. d/b/a/ : <br>     Omnipay, : <br>                             Claimant. : | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

**NOTICE OF FILING IN RELATED PROCEEDING**

THE CLAIMANT, Gold & Silver Reserve, Inc., by and through undersigned counsel, hereby notices this Court of the transcription of the recording of the December 29, 2005 hearing before Magistrate Judge John Facciola in Case No. 05-MJ-664 (JMF/TFH). That transcript is attached hereto as Exhibit 1.

         Respectfully submitted,

         /s/ *Andrew S. Ittleman*
         Mitchell S. Fuerst, Esq.
         Florida Bar No. 264598
         Andrew S. Ittleman, Esq.
         Florida Bar No. 802441
         Rodriguez O'Donnell Ross Fuerst
          Gonzalez Williams & England, P.C.
         1001 Brickell Bay Drive, Suite 2002
         Miami, FL  33131
         305-350-5690 (o)
         305-371-8989 (f)
         Carlos Rodriguez, Esq.
         District of Columbia Bar No. 935692
         1211 Connecticut Ave. N.W., Suite 800
         Washington, DC 20036
         (202) 293-3300 (o)
         (202) 293-3307 (f)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF FILING IN RELATED PROCEEDING** was served on September 14, 2006 by email on Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov).

         */s/ Andrew S. Ittleman*
         Mitchell S. Fuerst, Esq.
         Florida Bar No. 264598
         Andrew S. Ittleman, Esq.
         Florida Bar No. 802441
         Rodriguez O'Donnell Ross Fuerst
          Gonzalez Williams & England, P.C.
         1001 Brickell Bay Drive, Suite 2002
         Miami, FL  33131
         (305) 350-5690 (o)
         (305) 371-8989 (f)