UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>      : <br>     Plaintiff, : <br>      : <br> v. : <br>      : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>      : <br>     Defendants. : <br> _____: <br>      : <br> Gold & Silver Reserve, Inc. d/b/a/ : <br>     Omnipay, : <br>         Claimant. : <br>      : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## CLAIMANT'S UNOPPOSED REQUEST FOR ORAL HEARING ON PLAINTIFF'S MOTION FOR STAY

COMES NOW the Claimant, GOLD & SILVER RESERVE, INC., by and through undersigned counsel, and files this unopposed request for oral argument on Plaintiff's motion for stay. In support of this motion, undersigned counsel states as follows:

1. Plaintiff, the United States of America, filed its motion for stay on August 23, 2006. The Government has moved to stay this case based on the following reasons:

      a.    As a result of the Claimant's opposition to "discovery through depositions…the United States cannot proceed with discovery so curtailed." Government's Motion, at ¶ 8.

      b.    "[B]road civil discovery could compromise the ability of law enforcement to gather confidential information and would provide improper opportunities for claimant to ascertain prematurely the details of any ongoing criminal investigation." Government's Motion, at ¶ 9.

2.    The Claimant filed its objection to the Government's motion on September 6, 2006. As that paper makes clear, the Claimant objects to each of the grounds raised by the Government in support of its [the Government's] motion for a stay. The Claimant's objection also makes clear that the Claimant believes that there are far more significant reasons for the Government's filing of a motion for a stay at this time.

3.    As their papers make clear, the parties are in disagreement over every single matter at issue *sub judice*. The Claimant therefore requests that this Court exercise its discretion in favor of hearing oral arguments to resolve this dispute. Because this is a matter of utmost importance for the Claimant, the Claimant requests that this Court schedule a hearing on this matter as soon as practicable or within the next three weeks. The Claimant further requests that the parties be given 60 minutes to argue this matter.

4.    Pursuant to LCvR7(m), undersigned counsel conferred with counsel for the Government (AUSA William Cowden) on September 18, 2006. AUSA Cowden expressed that the Government had no objection to the granting of this motion.

WHEREFORE, for the foregoing reasons, the Claimant, GOLD & SILVER RESERVE, INC., respectfully requests that this Court grant the Claimant's unopposed request for an oral hearing on the Government's motion for a stay, and hold a 60-minute oral hearing on this matter as soon as practicable or within the next three weeks.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT'S UNOPPOSED REQUEST FOR ORAL HEARING ON PLAINTIFF'S MOTION FOR STAY**

was served on September 22, 2006 by email on Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov).

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
(305) 350-5690 (o)
(305) 371-8989 (f)