UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>     c/o United States Attorney's Office : <br>     Judiciary Center Building : <br>     555 4th Street, N.W. : <br>     Washington, D.C. 20530 : <br>     : <br>         Plaintiff, : <br>     : <br>     v. : <br>     : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>     : <br>         Defendants. : <br> _____: <br>     : <br> Gold & Silver Reserve, Inc. d/b/a/ : <br>     Omnipay, : <br>         Claimant. : <br>     : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## ORDER GRANTING CLAIMANT'S UNOPPOSED REQUEST FOR ORAL HEARING ON PLAINTIFF'S MOTION FOR STAY

    THIS CAUSE came before this Court on the Claimant's unopposed request for an oral argument on the Plaintiff's motion for a stay. Being fully advised in the premises, it is hereby ordered and adjudged that the Claimant's request for oral argument is hereby

    GRANTED.

    A 60-minute oral argument on Plaintiff's motion for a stay will be held on the _____ day of _____, 2006 at _____ am/pm.

SIGNED and ORDERED in Chambers this _____ day of _____, 2006.

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Copies furnished to:
Counsel of Record