UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>    c/o United States Attorney's Office : <br>    Judiciary Center Building : <br>    555 4th Street, N.W. : <br>    Washington, D.C. 20530 : <br>            Plaintiff, : <br>        v. : <br> : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>           Defendants. : <br> _____ : <br> Gold & Silver Reserve, Inc. d/b/a/ : <br>    Omnipay, : <br>            Claimant. : <br> _____ : | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## CLAIMANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

THE CLAIMANT, Gold & Silver Reserve, Inc., by and through undersigned counsel, hereby gives notice of filing a copy of the case entitled *United States v. All Funds ($357,311.68) Contained in Northern Trust Bank Of Florida Account Number 7240001868, In the Name of Community Housing Fund, Et Al., Defendants In Rem*, 2004 U.S. Dist. LEXIS 15590 (N.D. Tex. 2004) as supplemental authority in support of the Claimant's objection to the Government's motion for a stay.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036
(202) 293-3300 (o)
(202) 293-3307 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

was served on October 4, 2006 by email on Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov).

*/s/ Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Rodriguez O'Donnell Ross Fuerst
 Gonzalez Williams & England, P.C.
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
(305) 350-5690 (o)
(305) 371-8989 (f)