UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>    c/o United States Attorney's Office : <br>    Judiciary Center Building : <br>    555 4th Street, N.W. : <br>    Washington, D.C. 20530 : <br>    : <br>       Plaintiff, : <br>    : <br>    v. : <br>    : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>    : <br>       Defendants. : <br> _____: | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Mitchell S. Fuerst, Esq. and Andrew S. Ittleman, Esq., counsel for the defendants, have changed the name of their firm. Mr. Fuerst and Mr. Ittleman are now members of FUERST HUMPHREY ITTLEMAN, PL. All future reference to the firm in this matter should be to FUERST HUMPHREY ITTLEMAN, PL. Neither Mr. Fuerst's nor Mr. Ittleman's contact information have been affected by this change.

Respectfully Submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131

305-350-5690 (o)  
305-371-8989 (f)  
Carlos Rodriguez, Esq.  
District of Columbia Bar No. 935692  
1211 Connecticut Ave. N.W., Suite 800  
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**NOTICE OF CHANGE OF FIRM NAME**

was served on March 16, 2007 via email upon Assistant United States Attorney John Roth (john.roth2@usdoj.gov), Chief, Fraud & Public Corruption Section of the United States Attorney's Office in Washington, D.C., Assistant United States Attorney Laurel Loomis Rimon (laurel.loomis.rimon@usdoj.gov), and Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov).

/s/ Andrew S. Ittleman  
Mitchell S. Fuerst, Esq.  
Florida Bar No. 264598  
Andrew S. Ittleman, Esq.  
Florida Bar No. 802441  
Fuerst Humphrey Ittleman, PL  
1001 Brickell Bay Drive, Suite 2002  
Miami, FL 33131