UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>    c/o United States Attorney's Office : <br>    Judiciary Center Building : <br>    555 4th Street, N.W. : <br>    Washington, D.C. 20530 : <br>                  Plaintiff, : <br> v. : <br>                   : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>                  Defendants. : | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

### CLAIMANT GOLD & SILVER RESERVE, INC.'s UNOPPOSED REQUEST FOR PERMISSION TO ISSUE SUBPOENA FROM STAYED CASE

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., and respectfully requests permission from this Court to issue a subpoena out of this stayed case and to hold an oral hearing on the matter.

**IN SUPPORT THEREOF**, **the Claimant respectfully submits to the Court:**

1. On February 27, 2007, Fox TV in Los Angeles aired an investigative news report on e-gold and other digital currencies and currency providers.[1]

---

[1] That report may be found at the following URL: http://www.myfoxla.com/myfox/pages/Home/Detail;jsessionid=1E280B208A6234CADCD8D10A1C603473?contentId=2521038&version=3&locale=EN-US&layoutCode=VSTY&pageId=1.1.1. Undersigned counsel has recorded the Fox TV report as a Windows Media Audio/Video file and may furnish it to the Court upon request.

2. During that report, FBI Special Agent Ken McGuire discussed the digital currency industry. He stated that "[a]t this point it is not illegal...It operates in an area of the law where there is no law."

3. These statements are highly relevant to the instant case. Indeed, if one federal agent (who is also a Certified Public Accountant) is on the record stating that the digital currency industry "operates in an area of the law where there is no law," it becomes highly unlikely that the claimant's business could subsequently be painted as a money transmitting business as defined in 31 U.S.C. § 5330.

4. Accordingly, the claimant is very interested in other statements that Special Agent McGuire may have made that were not aired on the Fox 11 report.

5. On March 12, 2007, undersigned counsel spoke with counsel for Fox TV, David Keneipp, Esq., about the unused footage at issue *sub judice*. During that conversation, Mr. Keneipp advised undersigned counsel that Fox TV would not turn over any footage without a subpoena. However, Mr. Keneipp also advised undersigned counsel that it was Fox TV's policy to destroy unused footage on a regular basis.

6. Accordingly, based on the statements made by Special Agent McGuire, the claimant believes that the unused McGuire footage is crucial, and based on Fox TV's policy of destroying unused footage, the claimant believes that a subpoena directed to Fox TV in Los Angeles is urgent. It is based on those considerations that the claimant requests that the stay in this case be lifted exclusively for purposes of subpoenaing Fox TV in Los Angeles.

7. Prior to the filing of this motion, undersigned counsel conferred with AUSA Laurel Loomis Rimon as to whether the government would have any objection. AUSA Rimon has advised undersigned counsel that the government has no objections. Accordingly, this motion is filed without opposition.

8. Counsel for Fox TV, David Keneipp, Esq., has been copied on this motion. Undersigned counsel respectfully requests that the Court copy Mr. Keneipp on any resulting orders.

9. Upon receipt of any subpoenaed footage from Fox TV, undersigned counsel will make such footage available to counsel for the government.

WHEREFORE, for the foregoing reasons, the Claimant, GOLD & SILVER RESERVE, INC., respectfully requests that this Court enter an order permitting the Claimant to subpoena Fox TV for the unused FBI Special Agent Ken McGuire footage.

Respectfully Submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT GOLD & SILVER RESERVE, INC.'s [UNOPPOSED] REQUEST FOR PERMISSION TO ISSUE SUBPOENA FROM STAYED CASE**

was served on March 16, 2007 via email upon Assistant United States Attorney John Roth (john.roth2@usdoj.gov), Chief, Fraud & Public Corruption Section of the United States Attorney's Office in Washington, D.C., Assistant United States Attorney Laurel Loomis Rimon (laurel.loomis.rimon@usdoj.gov), Assistant United States Attorney Bill Cowden (william.cowden@usdoj.gov) and David Keneipp, Esq., David Keneipp, Esq., (david.keneipp@foxtv.com).

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131