UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br>    c/o United States Attorney's Office : <br>    Judiciary Center Building : <br>    555 4th Street, N.W. : <br>    Washington, D.C. 20530 : <br>    : <br>      Plaintiff, : <br>    : <br>    v. : <br>    : <br> ALL FUNDS SEIZED FROM OR : <br> ON DEPOSIT IN SUNTRUST : <br> ACCOUNT NUMBER 1000028078359, : <br> IN THE NAME OF GOLD AND : <br> SILVER RESERVE, INC. AND ALL : <br> FUNDS ON DEPOSIT IN REGIONS : <br> BANK ACCOUNT NUMBER : <br> 67-0919-4851, IN THE NAME OF : <br> GOLD AND SILVER RESERVE, INC. : <br>    : <br>      Defendants. : <br> _____ : | Civil Action No. 1:05CV02497 <br> Before the Honorable <br> Rosemary M. Collyer |

### ORDER GRANTING CLAIMANT GOLD & SILVER RESERVE, INC.'s UNOPPOSED REQUEST FOR PERMISSION TO ISSUE SUBPOENA FROM STAYED CASE

THIS MATTER came before the Court on the Claimant's Unopposed Request for Permission to Issue a Subpoena from this Stayed Case. Being fully advised in the premises, it is hereby ordered and adjudged that Claimant's unopposed motion is hereby

GRANTED.

The Claimant may serve a subpoena on Fox TV in Los Angeles for purposes of recovering the video footage of FBI Special Agent Ken McGuire as outlined in the claimant's motion.

SIGNED and ORDERED in Chambers this _____ day of March, 2007.

 

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE