IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-2497 (RMC) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| ALL FUNDS ON DEPOSIT IN SUNTRUST ACCOUNT NUMBER XXXXXXXX8359, IN THE NAME OF GOLD AND SILVER RESERVE, INC., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| Gold & Silver Reserve, Inc. d/b/a/ OmniPay, | ) ) | |
| Claimant. | ) ) | |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notes that in response to the Court's Order dated October 12, 2006, for a status report on the progress of a related criminal investigation, and consistent with Rule 6 of the Federal Rules of Criminal Procedure, the United States has filed an *Ex Parte* Motion to Seal and its *Ex Parte* Status Report, also under seal.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

\_/s/_____
WILLIAM R. COWDEN, DC Bar # 426301
LAUREL LOOMIS RIMON
Assistant United States Attorneys
U.S. Attorney's Office

Criminal Division
District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 307-0258

_/s/_____
KIMBERLY KIEFER PERETTI, DC Bar #458726
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section
Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249

## CERTIFICATE OF SERVICE

     I hereby certify that I caused a copy of the foregoing Notice of Filing to be served by means of the Court's ECF system on this 12th day of April 2007 upon claimants' counsel of record.

_/s/_____
William R. Cowden