IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2497 (RMC) |
| ) | |
| v. ) | |
| ) | |
| ALL FUNDS ON DEPOSIT IN SUNTRUST ) | |
| ACCOUNT NUMBER XXXXXXXX8359, IN ) | |
| THE NAME OF GOLD AND SILVER ) | |
| RESERVE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Gold & Silver Reserve, Inc. d/b/a/ ) | |
| OmniPay, ) | |
| Claimant. ) | |

**PLAINTIFF'S *EX PARTE* MOTION TO SEAL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves, *ex parte*, for this Court to place under seal, until further order of the Court, the accompanying *Ex Parte* Status Report and this Motion to Seal. In support of this motion, the United States represents the following:

This motion and the related Status Report describe the existence of and progress of an ongoing criminal investigation that is being conducted by a Grand Jury sitting in this District. Premature disclosure of the information contained in this motion and the Status Report would enable persons under investigation, and persons participating in the e-Gold operation under investigation, to gauge the progress of the ongoing investigation and to move assets subject to criminal forfeiture before such assets can be secured. This request for secrecy comports with Rule 6 of the Federal Rules of Criminal Procedure and is consistent with the guidance for

RECEIVED
APR 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

39

pleadings related to criminal investigations provided by the Circuit in <u>Post v. Robinson</u>, 935 F.2d 282, 289, n.10 (D.C. Cir. 1991). A proposed order, which itself need not be filed under seal, is attached.

WHEREFORE, the United States respectfully requests that this motion be granted.

Respectfully submitted,

/s/ _____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ _____
WILLIAM R. COWDEN, DC Bar # 426301
LAUREL LOOMIS RIMON
Assistant United States Attorneys
U.S. Attorney's Office
Criminal Division
District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 307-0258

_____
KIMBERLY KIEFER PERETTI, DC Bar #458726
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section
Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-2497 (RMC) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| ALL FUNDS ON DEPOSIT IN SUNTRUST ACCOUNT NUMBER XXXXXXXXX8359, IN THE NAME OF GOLD AND SILVER RESERVE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Gold & Silver Reserve, Inc. d/b/a/ OmniPay, | ) | |
| Claimant. | ) | |

## ORDER

Based on the representations in plaintiff's *Ex Parte* Motion to Seal, this Court finds that there is a compelling governmental interest in sealing both the *Ex Parte* Motion to Seal and the *Ex Parte* Status Report submitted in the above-captioned matter.

Based on the above Finding of Fact, it is this _____ day of _____, 2007, hereby

**ORDERED** that plaintiff's *Ex Parte* Motion to Seal and its *Ex Parte* Status Report shall be filed under seal in the Clerk's Office until further order of this Court.

ROSEMARY M. COLLYER
United States District Judge