IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL FUNDS ON DEPOSIT IN SUNTRUST ) <br> ACCOUNT NUMBER XXXXXXXXX8359, IN ) <br> THE NAME OF GOLD AND SILVER ) <br> RESERVE, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> Gold & Silver Reserve, Inc. d/b/a/ ) <br>     OmniPay, ) <br> Claimant. ) <br> _____) | Civil Action No. 05-2497 (RMC) |

## PLAINTIFF'S *EX PARTE* STATUS REPORT

By Order dated October 12, 2006, this Court required the United States to report on the status of its criminal investigation of the individuals and entities giving rise to the instant civil forfeiture action. Consistent with Rule 6 of the Federal Rules of Criminal Procedure, the United States submits this report of the status of its criminal investigation under seal.

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully reports that it anticipates that its criminal investigation will result in an indictment, but that it has not been able to conclude the criminal investigation before today's date due to circumstances beyond its control. Although an indictment was drafted and reviewed, on the eve of its presentation to the Grand Jury late last month, the Assistant United States Attorney participating in the presentation of evidence to the Grand Jury was rushed to a hospital, where she required emergency surgery. That AUSA is presently recuperating and,

fortunately, her full recovery is expected. This Office anticipates that the criminal investigation can be concluded and presented to the Grand Jury for its determination within the next six weeks.

We expect any awareness on the part of criminal users of the e-Gold operation that the operation may face indictment will cause considerable disruption. In conjunction with an indictment, we also anticipate requesting either warrants to seize assets or orders to restrain assets, subject to criminal forfeiture (or both). In order to avoid signaling to users of the e-Gold operation that an indictment may be imminent, and thereby contributing to the dissipation of or secreting of forfeitable property, the United States respectfully requests that the Court issue an order that the stay of the civil case be continued for six additional months. We can, of course, provide more frequent updates to assure the Court that our progress remains swift, as represented.

                                                Respectfully submitted,

/s/ _____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ _____
WILLIAM R. COWDEN, DC Bar # 426301
LAUREL LOOMIS RIMON
Assistant United States Attorneys
U.S. Attorney's Office
Criminal Division
District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 307-0258

_____
KIMBERLY KIEFER PERETTI, DC Bar #458726
Senior Counsel
U.S. Department of Justice

Computer Crime and Intellectual Property Section
Criminal Division
1301 New York Ave., NW, Suite 600
Washington, D.C. 20530
(202) 353-4249