UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| c/o United States Attorney's Office | : | |
| Judiciary Center Building | : | |
| 555 4th Street, N.W. | : | |
| Washington, D.C. 20530 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 1:05CV02497 |
| ALL FUNDS SEIZED FROM OR | : | Before the Honorable |
| ON DEPOSIT IN SUNTRUST | : | Rosemary M. Collyer |
| ACCOUNT NUMBER 1000028078359, | : | |
| IN THE NAME OF GOLD AND | : | |
| SILVER RESERVE, INC. AND ALL | : | |
| FUNDS ON DEPOSIT IN REGIONS | : | |
| BANK ACCOUNT NUMBER | : | |
| 67-0919-4851, IN THE NAME OF | : | |
| GOLD AND SILVER RESERVE, INC. | : | |
| | : | |
| Defendants. | : | |

CLAIMANT GOLD & SILVER RESERVE, INC.'s UNOPPOSED MOTION TO
UNSEAL GOVERNMENT'S *EX PARTE* MOTION TO SEAL [DE 39] AND
GOVERNMENT'S *EX PARTE* STATUS REPORT [DE 40]

COMES NOW, the Claimant, GOLD & SILVER RESERVE, INC., by and through undersigned counsel, and respectfully moves this Court to unseal the government's *ex parte* motion to seal [DE 39] and the government's *ex parte* status report [DE 40]. In support of this motion, undersigned counsel states as follows:

1.    On April 24, 2007, following an *ex parte* presentation by the government, this Court, per minute entry order, held as follows: "This Court finds that there is a compelling governmental interest in sealing both the Ex Parte Motion to Seal and the Ex Parte Status Report submitted in this matter. It is hereby, ORDERED that plaintiff's Ex Parte Motion to Seal and its Ex Parte Status Report shall be filed under seal in the Clerk's Office until further order of this Court."

2.     On that same date, the Grand Jury returned a sealed indictment naming the Claimant and four other parties as Defendants. The indictment has since been unsealed and its contents have been widely publicized. Accordingly, the status report should no longer remain sealed; *see, In re: Grand Jury Subpoena, Judith Miller*, 438 F.3d 1138, 1140 (D.C. Cir. 1996) ("Our case law…reflects the common-sense proposition that secrecy is no longer 'necessary' when the contents of grand jury matters have become public."); *citing, In re North,* 16 F.3d 1234 (D.C. Cir. 1994).

3.     On May 15, 2007, undersigned counsel conferred with counsel for the government (Kimberly Kiefer Peretti, Esq.) regarding this motion. At that time, Ms. Peretti advised undersigned counsel that the government had no objection and would not be filing an opposition.

WHEREFORE, for the foregoing reasons, the Claimant, GOLD & SILVER RESERVE, INC., respectfully requests that this Court enter an order directing the Clerk to unseal the government's *ex parte* motion to seal [DE 39] and the government's *ex parte* status report [DE 40].

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL  33131
305-350-5690 (o)
305-371-8989 (f)
Carlos Rodriguez, Esq.
District of Columbia Bar No. 935692
1211 Connecticut Ave. N.W., Suite 800
Washington, DC 20036

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT GOLD & SILVER RESERVE, INC.'s UNOPPOSED MOTION TO UNSEAL GOVERNMENT'S *EX PARTE* MOTION TO SEAL [DE 39] AND GOVERNMENT'S *EX PARTE* STATUS REPORT [DE 40]**

was served on May 15, 2007 upon all counsel of record via the Court's Electronic Case Filing system.

> */s/ Andrew S. Ittleman*
> Mitchell S. Fuerst, Esq.
> Florida Bar No. 264598
> Andrew S. Ittleman, Esq.
> Florida Bar No. 802441
> Fuerst Humphrey Ittleman, PL
> 1001 Brickell Bay Drive, Suite 2002
> Miami, FL  33131
> (305) 350-5690 (o)
> (305) 371-8989 (f)