UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     c/o United States Attorney's Office : | |
|     Judiciary Center Building : | |
|     555 4th Street, N.W. : | |
|     Washington, D.C. 20530 : | |
| : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No. 1:05CV02497 |
| ALL FUNDS SEIZED FROM OR : | Before the Honorable |
| ON DEPOSIT IN SUNTRUST : | Rosemary M. Collyer |
| ACCOUNT NUMBER 1000028078359, : | |
| IN THE NAME OF GOLD AND : | |
| SILVER RESERVE, INC. AND ALL : | |
| FUNDS ON DEPOSIT IN REGIONS : | |
| BANK ACCOUNT NUMBER : | |
| 67-0919-4851, IN THE NAME OF : | |
| GOLD AND SILVER RESERVE, INC. : | |
| : | |
|     Defendants. : | |
| _____ : | |

**ORDER GRANTING CLAIMANT GOLD & SILVER RESERVE, INC.'s UNOPPOSED MOTION TO UNSEAL GOVERNMENT'S *EX PARTE* MOTION TO SEAL [DE 39] AND GOVERNMENT'S *EX PARTE* STATUS REPORT [DE 40]**

    THIS CAUSE came before the Court on the Claimant's unopposed motion to unseal the government's *ex parte* motion to seal [DE 39] and the government's *ex parte* status report [DE 40]. Being fully advised in the premises, the Claimant's motion is hereby

    GRANTED.

    The clerk is directed to UNSEAL the government's *ex parte* motion to seal [DE 39] and the government's ex parte status report [DE 40].

    Signed in Chambers this _____ day of May, 2007.

 

_____
ROSEMARY M. COLLYER
United States District Judge

Copies furnished to:
All Counsel of Record